# UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

**ANDERSON JEROME PARKER, SR.,**
Inmate #210289,
  *Plaintiff*,

VS.

Case No.: 3:14CV317-LC-EMT
(To be assigned by Clerk)

**GEO GROUP, INC., PRIVATE CORPORATION,**
**MICHAEL D. CREWS, SECRETARY [FDOC],**
**MARK HENRY, WARDEN [BRCF],**
**DR. R. CALAYCAY, MEDICAL DOCTOR,**
  *Defendant(s)*.

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES**

I.  **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

| | |
|---|---|
| Name of plaintiff: | ANDERSON JAROME PARKER, SR. |
| Inmate Number: | DC# 210289 |
| Prison or Jail: | Prison |
| Mailing address: | Blackwater River Corr. Facility |
| | 5914 Jeff Ates Road |
| | Milton, Florida 32583 |

II.  **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)
| | |
|---|---|
| Defendant's name: | GEO Group, Inc. |
| Official position: | Corporate Entity |
| Employed at: | Under contract with Fla. Dept. of Corrections |
| Mailing address: | One Park Place, 621 N.W. 53rd St., Ste. 700 |
| | Boca Raton, FL 33487 |

(2)
| | |
|---|---|
| Defendant's name: | Michael Crews |
| Official position: | Secretary F.D.O.C. |
| Employed at: | Fla. Dept. of Corrections |
| Mailing address: | 501 South Calhoun St. |
| | Tallahassee, FL 32399 |

(3)
| | |
|---|---|
| Defendant's name: | Mark Henry |
| Official position: | Warden |
| Employed at: | Graceville Correctional Facility |
| Mailing address: | 5168 Ezelle Rd. |
| | Graceville, FL 32440 |

(4)
| | |
|---|---|
| Defendant's name: | R. Calaycay |
| Official position: | Medical Doctor |
| Employed at: | Blackwater River Correctional Facility |
| Mailing address: | 5914 Jeff Ates Road |
| | Milton, FL 32583 |

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

  A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

   Yes ( ✓ )        No ( )

   1. Parties to previous action:
      a. Plaintiff(s):  Anderson Jerome Parker, Sr.
      b. Defendant(s):  Mark Henry / The CaFo Group, Inc., d/b/a
   2. Name of judge: John F. Samon, Jr.        Case #: 2014CA-000149
   3. County and judicial circuit: Santa Rosa / First Circuit
   4. Approximate filing date:  2-10-14 / 5-2-14
   5. If not still pending, date of dismissal: 4-4-14 / 6/20/14
   6. Reason for dismissal: Voluntary dismissal to seek federal action claim
   7. Facts and claims of case: The defendant breached his duty to maintain the premises however responsible, to keep safe

  B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes ( )        No ( ✓ )

  C. Have you initiated other actions (besides those listed above in Questions (A) and (B)) in **either state or federal court** that related to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

   Yes ( )        No ( ✓ )

  D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

   Yes ( )        No ( ✓ )

3

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dated, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On January 10, 2013, at approximately between 1:30 p.m. – 2:00 p.m. the Plaintiff suffered a permanent physical injury that included back, neck, pinched nerves in Plaintiff's lower back causing loss of mobility and psychological trauma with chronic pain and suffering.

This incident occurred when a nautilus style workout machine toppled over on Plaintiff as he was utilizing the dip bar attached on the machine, pinning him to the floor.

The exercise machine was not bolted to the floor contrary to the manufacture's design which was the proximate cause to the machine toppling over on top of Plaintiff.

Officer R. Jones and Lowery did come to assist with nurse Weeks, inmate Leroy Ferguson, Sr., #716169, and inmate Kenneth Sulton, #P43836, were told to lift the machine up off the Plaintiff. This incident did occur under the pavilion rec-yard located between Alpha and Bravo dormitories at Blackwater River Correctional Facility.

The Plaintiff was rushed to Santa Rosa Medical Center with physical injuries to his lower back, neck, right leg, and left shoulder. The Santa Rosa Medical doctor determined from the x-rays that there were no broken bones but were a lot of torn muscles and prescribed Loritab for pain.

Since that day, the Plaintiff has sought medical care for his injuries due to the on-going chronic pain and suffering that keeps Plaintiff in bed. The Plaintiff had requested for a [MRI], cause the x-ray does not show the torn tissues and other injuries that affect Plaintiff's daily activities.

The medical doctor R. Calaycay here at Blackwater here at Blackwater has refused to allow Plaintiff the proper medical diagnosis so the Plaintiff can receive medical treatment for his serious medical needs. The Plaintiff submits that Doctor R. Calaycay knowing Plaintiff has a serious medical need for treatment has acted with an attitude of "deliberate indifference" to that serious medical need still fail to respond reasonably to it.

4

The defendant Dr. Calaycay, a reasonable medical doctor with knowledge of need for care, fail to provide care to Plaintiff's serious medical needs that required medical treatment. One that, if left unattended, pose[s] a substantial risk of serious harm.

The defendant a reasonable doctor with certification, who has the skill and knowledge, experience for need of care should have known that by his failure to treat Plaintiff's injuries properly that Plaintiff injuries would cause Plaintiff to suffer a serious risk of harm, where Plaintiff's untreated injuries has caused more damage of physical impairment to his lower back, left shoulder, right leg including Plaintiff's pinched nerves and neck injury limiting major life activities and a "unnecessary and wanton infliction of pain."

Plaintiff submits that the defendant Calaycay deliberate indifference has cause Plaintiff to suffer more chronic pain and a loss of mobility and psychological trauma with a physical impairment.

The GEO Group, Inc. is a corporate entity that provides housing and medical services to State inmates under the contract with the Florida Department of Corrections. The GEO Group, Inc. has operated the Blackwater River C.F. since October of 2010.

The Geo Group, Inc. is responsible for the daily operations of this facility; the implementation of rules, directing and supervising the promulgation of all department rules, and for the welfare of all the inmates here at [BRCF].

Secretary of the Florida Department of Corrections, Michael D. Crews, is the chief of administrative office as officer of the [FDOC], and has the authority and is legally responsible for the overall operation of the [FDOC] and each institution under its jurisdiction, including [BRCF], where the Plaintiff is confined.

Warden Mark Henry is a private employee of the GEO Group, Inc., whose home office is located at One Park Place, 621 N.W. 53rd Street, Ste. 700, Boca Raton, FL 33487.

His primary place of employment at the time of the incident was Blackwater River Correctional Facility, 5914 Jeff Ates Rd., Milton, FL 32583.

As Warden he was responsible for the daily operation of this facility; the implementation of rules to ensure that employees under his supervision are to be properly trained and familiar with rules,

regulations, policies or otherwise that are required of them and their duties, and the responsibility for care, custody, and control and overall welfare of this Plaintiff.

The defendants, the GEO Group, Inc., Secretary Michael D. Crews, and Warden Mark Henry all fail their responsibility to directing the promulgation of all department rules as supervisors has fail that responsibility "a duty of care of the Plaintiff." "An inmate must rely on prison authorities to treat his medical needs, if the authorities fail to do so, those needs will not be met."

The Plaintiff is a State inmate housed at Blackwater River Correctional Facility and was housed at [BRCF] at the time of the incident on 1/10/2013.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The Defendants GEO Group, Inc., Secretary Michael D. Crews [FDOC], and Warden Mark Henry, acting under color of State law at all times violated the Fla. Dept. of Corr. legal policy Ch. 33-208.001(4)(a) and 33-208.002(1) by failure to protect the welfare, a duty of care to Plaintiff and that was the moving force to Plaintiff physical injuries in violation of Plaintiff's 5th, 8th, and 14th U.S. Const. Amendments. The Defendant Dr. Calaycay acting under color of State law at all times "deliberate indifference" to Plaintiff's serious medical needs caused Plaintiff's physical impairment in violation of Plaintiff's 8th U.S. Const. Amendment.

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

The Plaintiff seeks 4 million dollars in compensatory damages from the defendants GEO Group, Inc., Sec. Michael D. Crews [FDOC], Warden Henry in their individually capacity for Plaintiff's physical injuries. The defendant Dr. Calaycay is sued for three million dollars in his individual capacity for deliberate indifference. Request for jury trial, and awards for suffering.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

7-1-14
(Date)

Anderson J Parker Sr
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (certify, verify, or affirm) under penalty of perjury that this complaint was (check one):

☑ delivered to prison officials for mailing; or ☐ deposited in the prison's internal mail system on:

This 1st day of July, 2014.

Anderson Parker Sr
(Signature of Plaintiff)

LEGAL MAIL
7/1/14 CR

Anderson S Parker sr 210289 A3 105L
Blackwater River C.F.
5914 Jeff Ates Rd
Milton Fla 32583

LEGAL MAIL

Hasler
07/02/2014
US POSTAGE $00.69⁰
FIRST CLASS MAIL
ZIP 32583
011D11646013

United States District court of
The Northern District of Florida
Pensacola Division
1 North Palafox St
Pensacola Fla 32502